**CRAIG S STEINBERG, O.D. (CA SBN 181902)**
**LAW OFFICES OF CRAIG S STEINBERG**
5737 Kanan Rd., #540
Agoura Hills, CA 91301
Telephone: 818-879-7919
Facsimile: 818-879-7950
craig@csteinberglaw.com

For plaintiff Patricia Fox, O.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **PATRICIA FOX, O.D.,** <br><br> Plaintiffs, <br><br> vs. <br><br> **VISION SERVICE PLAN; DOES 1-10, inclusive,** <br><br> Defendant. | Case No. 2:16-cv-02456-JAM-DB <br><br> **STIPULATION AND ORDER CONTINUING SCHEDULING ORDER DATES** |

Plaintiff, Patricia Fox, O.D., and Defendant, Vision Service Plan ("VSP"), by and through their respective counsel of record, hereby stipulate, agree, and request as follows:

**RECITALS**

**WHEREAS**, this Court issued a scheduling order on December 14, 2016; and

**WHEREAS**, the Court set the following schedule:

| Deadline/Hearing | Due/Set |
|---|---|
| Designation of Expert Witnesses | 7/21/2017 |
| Discovery Deadline | 09/29/2017 |
| Dispositive Motion Deadline | 11/07/2017 |
| Final Pretrial Conference | 01/26/2018 at 11:00 AM |
| Jury Trial | 3/12/2018 at 09:00 AM |

1

**WHEREAS**, on February 24, 2017, this Court granted Plaintiff's Motion for Preliminary Injunction and issued the Preliminary Injunction; and

**WHEREAS**, Vision Service Plan appealed the Court's order to the 9th Circuit Court of Appeals; and

**WHEREAS**, the appeal challenges, among other things, the Court's legal ruling on whether the Federal Arbitration Act preempts 28 CRC 1300.71.38, and the Court's legal rulings with respect to both procedural and substantive unconscionability; and

**WHEREAS**, the appellate briefing is now complete, but the 9th Circuit has indicated that it will set oral arguments in October 2017; and

**WHEREAS**, the ruling of the 9th Circuit is potentially determinative of one or more core legal issues in this case and/or could significantly affect the nature and scope of relevant evidence; and

**WHEREAS**, both plaintiff and defendant believe it would be in the best interest of the parties and the Court to allow the appeals process to be completed before proceeding to litigating and bringing the matter to trial and before investing substantial amounts of time and money into discovery, expert witnesses, depositions, and dispositive motions; and

**WHEREAS**, counsel for the parties have met and conferred and both believe it would be appropriate to continue the pending Scheduling Order dates for at least six months to allow time to obtain the ruling of the 9th Circuit Court of Appeals;

**NOW, THEREFORE**, the parties, through counsel, stipulate and request that the Court continue the dates set in the Dec. 14, 2016, scheduling order.

**IT IS SO STIPULATED.**

Dated: June 21, 2017          MANATT, PHELPS & PHILLIPS LLP

/s/ Andrew H. Struve
_____
Andrew H. Struve
Attorneys for Defendant Vision Service Plan

Dated: June 21, 2017                    LAW OFFICES OF CRAIG S STEINBERG, O.D., PC

                                        /s/ Craig S Steinberg, O.D.
                                        _____
                                        Craig S Steinberg, O.D.
                                        Attorney for Plaintiff Patricia Fox, O.D.

## ORDER

The Court, having reviewed the stipulation of the parties, and finding good cause to continue the dates as requested, hereby orders as follows:

The new dates shall be as follows:

| Deadline/Hearing | New Due/Set |
|---|---|
| Designation of Expert Witnesses | 2/2/2018 and 2/9/2018 |
| Discovery Deadline | 4/6/2018 |
| Dispositive Motion filing Deadline | 5/8/2018 |
| Dispositive motion hearing | 6/5/2018 |
| Joint pretrial statement due | 7/20/2018 |
| Final Pretrial Conference | 7/27/2018 at 11:00 a.m. |
| Jury Trial | 9/10/2018 at 9:00 a.m. |

Dated: 6/23/2017

                    /s/ John A. Mendez_____
                    Hon. John Mendez
                    United States District Court Judge